Eric Rasmusson, Esq.
**RASMUSSON LAW OFFICES, PLLC**
P.O. Box 7825
Missoula, MT 59807
Telephone: (406) 549-3323
Email: eric@rasmussonlaw.com

Scott Edward Cole, Esq. (CA S.B. #160744)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com

*Attorneys for Representative Plaintiff
and the Plaintiff Class*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JANICE TEETER, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>EASTERSEALS-GOODWILL NORTHERN ROCKY MOUNTAIN, INC.,<br><br>　　　　　　Defendant. | **Case No. 4:22-cv-00096-BMM**<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF *UNOPPOSED* MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

1

Plaintiff Janice Teeter, on behalf of herself and all those similarly situated ("Plaintiffs"), respectfully brings this unopposed motion for preliminary approval of the class action settlement. The motion is supported by this notice, the memorandum of points and authorities, the accompanying declaration and its exhibits, and any additional material that may be elicited at a hearing on this motion. As set forth in Plaintiffs' Motion, the parties believe the Proposed Settlement Agreement is fair, reasonable and adequate. As such, the parties respectfully request that this Court enter an Order preliminarily approving the Proposed Settlement Agreement.

Dated: December 21, 2023                **COLE & VAN NOTE**

By: */s/ Scott Edward Cole*
Scott Edward Cole, Esq. (CA S.B.# 160744)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:    (510) 891-9800
Email: sec@colevannote.com

Dated: December 21, 2023                **RASMUSSON LAW OFFICES, PLLC**

By: */s/ Eric Rasmusson*
Eric Rasmusson, Esq.
**RASMUSSON LAW OFFICES, PLLC**
218 E. Front Street Ste 200
Missoula, MT 59802
Telephone:(406) 549-3323
Email: eric@rasmussonlaw.com

Attorneys for Representative Plaintiff and the Plaintiff Class

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of December, 2023, I caused the foregoing document to be filed with the Clerk of this Court via the Court's CM/ECF system, which will cause a true and correct copy to be served electronically on all counsel of record.

Dated: December 21, 2023     By:     */s/ Scott Edward Cole*
                                                    Scott Edward Cole, Esq. (CA S.B.# 160744)
                                                    **COLE & VAN NOTE**
                                                    555 12th Street, Suite 2100
                                                    Oakland, California 94607
                                                    Telephone:  (510) 891-9800
                                                    Email: sec@colevannote.com