UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| JANICE TEETER, individually, and on behalf of all others similarly situated,<br>   Plaintiff,<br>v.<br>EASTERSEALS-GOODWILL NORTHERN ROCKY MOUNTAIN, INC.,<br>   Defendant. | Case No.: 4:22-cv-00096-BMM<br>Honorable Brian Morris<br><br>ORDER ALLOWING DEFENDANT AND ITS COUNSEL TO APPEAR VIA ZOOM AT HEARING |

  Upon reading and filing of Defendants' Notice of Appearance Via Zoom at Hearing and good cause appearing, IT IS HEREBY ORDERED that counsel for Defendant and its client, John Martin, may appear via Zoom at the hearing set for April 5, 2024 at 10:00 a.m. in Great Falls. Defense counsel will contact the Clerk of Court for the Zoom link.

  DATED this 18th day of March, 2024.

_____
Brian Morris, Chief District Judge
United States District Court