# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| JANICE TEETER, individually, and on behalf of all others similarly situated,<br><br>        Plaintiff,<br>vs.<br><br>EASTERSEALS-GOODWILL NORTHERN ROCKY MOUNTAIN, INC.,<br><br>        Defendant. | Case No. 4:22-cv-00096-BMM<br>Honorable Brian Morris<br><br><br><br><br>**ORDER ALLOWING PLAINTIFF AND ITS COUNSEL TO APPEAR VIA ZOOM AT HEARING** |

After consideration of Plaintiff's Notice of Appearance Via Zoom at Hearing and for good cause appearing, IT IS HEREBY ORDERED that counsel for Plaintiff may appear via Zoom at the hearing set for April 5, 2024 at 10:00 a.m. in Great Falls, MT. Plaintiff's counsel will contact the Clerk of Court's Office for the Zoom link.

DATED this 18th day of March, 2024.

_____
Brian Morris, Chief District Judge
United States District Court