Eric Rasmusson, Esq.
**RASMUSSON LAW OFFICES, PLLC**
P.O. Box 7825
Missoula, MT 59807
Telephone: (406) 549-3323
Email:   eric@rasmussonlaw.com

Scott Edward Cole, Esq. (CA S.B. #160744)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, CA 94607
Telephone: (510) 891-9800
Email:   sec@colevannote.com

*Attorneys for Representative Plaintiff
and the Plaintiff Class*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| JANICE TEETER, individually, and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>EASTERSEALS-GOODWILL NORTHERN ROCKY MOUNTAIN, INC.,<br><br>　　　　　　　Defendant. | **Case No. 4:22-cv-00096-BMM**<br><br>**<u>CLASS ACTION</u>**<br><br>**PLAINTIFF'S NOTICE OF *UNOPPOSED* MOTION FOR AN ORDER:**<br><br>**(1)  GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT;**<br>**(2)  AWARDING ATTORNEYS' FEES AND COSTS TO CLASS COUNSEL;**<br>**(3)  AWARDING SERVICE AWARD TO THE REPRESENTATIVE PLAINTIFF; AND**<br>**(4)  AWARDING REIMBURSEMENT OF SETTLEMENT ADMINISTRATION COSTS** |

1

Plaintiff Janice Teeter, on behalf of herself and all those similarly situated ("Plaintiffs"), respectfully brings this unopposed motion for final approval. The motion is supported by this notice, the memorandum of points and authorities, the accompanying declaration and its exhibits, and any additional material that may be elicited at a hearing on this motion. As set forth in Plaintiffs' Motion, the parties believe the proposed settlement is fair and reasonable. As such, the parties respectfully request that this Court enter an Order granting final approval of the Settlement Agreement.

Dated: March 22, 2024            **COLE & VAN NOTE**

By: */s/ Scott Edward Cole*
Scott Edward Cole, Esq. (CA S.B.# 160744)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone:     (510) 891-9800
Email: sec@colevannote.com

Dated: March 22, 2024            **RASMUSSON LAW OFFICES, PLLC**

By: */s/ Eric Rasmusson*
Eric Rasmusson, Esq.
**RASMUSSON LAW OFFICES, PLLC**
218 E. Front Street Ste 200
Missoula, MT 59802
Telephone:     (406) 721-2729
Email: eric@rasmussonlaw.com

Attorneys for Representative Plaintiff and the Plaintiff Class

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 22, 2024, I caused the foregoing document to be filed with the Clerk of this Court via the Court's CM/ECF system, which will cause a true and correct copy to be served electronically on all counsel of record.

Dated: March 22, 2024        By:   */s/ Scott Edward Cole*
                                          Scott Edward Cole, Esq.